| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Ray, Jr., Hal R. | 2. Court or Organization<br><br>U. S. District Court for the Northern District of Texas | 3. Date of Report<br><br>10/15/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>1000 Lamar Street<br>Room 203<br>Wichita Falls, TX 76301 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Family Trust # 1 |
| 2. | Independent Executor | Estate # 1 (no reportable assets) |
| 3. | President, Chairman of the Board, and sole director | You're On!, Inc. |
| 4. | Trustee | Family Trust #2 (no reportable assets) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 06-24-2016 | Pope law firm will pay partnership interest through 08-31-16, pay one other fee, if applicable, send oil and gas checks, and keep table, chair. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Teacher Retirement System survivor pension | $27,302.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Jr., Hal R.** | 10/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Jr., Hal R.** | 10/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Trust # 1 (H) | | | | | | | | | |
| 2.  - Cisco Systems Inc. common stock | A | Dividend | | | Sold | 03/25/19 | L | C | |
| 3.  - Williams Companies Inc. common stock | A | Dividend | | | Sold | 03/25/19 | L | | |
| 4.  - Yum Brands, Inc. common stock | A | Dividend | | | Sold | 03/25/19 | J | D | |
| 5.  - Yum China Holdings, Inc. common stock (spin off from #4) | A | Dividend | | | Sold | 03/25/19 | J | D | |
| 6.  - Etrade Bank sweep account | A | Interest | J | T | Distributed (part) | 12/24/19 | N | | |
| 7.  - U.S. Savings Bonds | B | Interest | L | T | | | | | |
| 8.  - BBVA Bank cash account | A | Interest | J | T | | | | | |
| 9.  IRA # 1 (H) | | | | | | | | | |
| 10.  - Vanguard Target Retirement Fund 2025 | A | Dividend | K | T | | | | | |
| 11.  - Vanguard Target Retirement Fund 2030 | C | Dividend | M | T | | | | | |
| 12.  - Vanguard Target Retirement Fund 2035 | B | Dividend | K | T | | | | | |
| 13.  - Vanguard Target Retirement Fund 2040 | C | Dividend | M | T | | | | | |
| 14.  - Vanguard Total Stock Market Index Fund | B | Dividend | L | T | Buy (add'l) | 01/15/19 | J | | |
| 15.  - Vanguard Total Bond Market Index Fund | A | Dividend | L | T | | | | | |
| 16.  - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 17.  - Vanguard Federal Money Market Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Jr., Hal R.** | 10/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Account # 3 (H) | | | | | | | | | |
| 19. - Vanguard Short-Term Tax Exempt Bond Fund | E | Dividend | P1 | T | | | | | |
| 20. - Vanguard Total Stock Market Index Fund | B | Dividend | L | T | | | | | |
| 21. - Vanguard Federal Money Market Fund | B | Dividend | M | T | Sold<br>(part) | 01/15/19 | J | | |
| 22. - Denton Co., Texas Bond | A | Interest | J | T | | | | | |
| 23. -Bridgeport Independent School District Bond | A | Interest | J | T | | | | | |
| 24. - Edinburg, Texas Local Government Bond | A | Interest | J | T | | | | | |
| 25. - Harris County, Texas Cultural Educational Facilities Bond | A | Interest | J | T | | | | | |
| 26. - Iliinois Finance Authority Bond | A | Interest | J | T | | | | | |
| 27. - Lower Colorado River Authority Bond | A | Interest | J | T | | | | | |
| 28. - Texas Transportation Commission Bond | A | Interest | J | T | | | | | |
| 29. Account # 4 (H) | | | | | | | | | |
| 30. - Vanguard 529 Plan Moderate Age-Based Option: Income Portfolio Fund | | None | K | T | | | | | |
| 31. Account 7 (H) | | | | | | | | | |
| 32. - Fidelity Four in One Index Fund (X) | D | Dividend | N | T | | | | | |
| 33. - Abbvie, Inc. common stock | A | Dividend | J | T | | | | | |
| 34. - Abbot Labs common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Jr., Hal R.** | 10/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - American Electric Power Inc. common stock | A | Dividend | J | T | | | | | |
| 36.   - Applied Materials Inc. common stock | A | Dividend | K | T | | | | | |
| 37.   - Caterpillar Inc. common stock | A | Dividend | J | T | | | | | |
| 38.   - CME Group Inc. common stock | A | Dividend | K | T | | | | | |
| 39.   - Cummins Inc. common stock | A | Dividend | J | T | | | | | |
| 40.   - CSX Corp. common stock | A | Dividend | J | T | | | | | |
| 41.   - Chevron Corp. common stock | A | Dividend | J | T | | | | | |
| 42.   - Huntington Bancshares Inc. common stock | A | Dividend | K | T | | | | | |
| 43.   - L3Harris Technologies Corp. common stock (formerly Harris Technolog) | A | Dividend | K | T | | | | | |
| 44.   - Humana Inc. common stock | A | Dividend | K | T | | | | | |
| 45.   - Mondelez International Inc. common stock | A | Dividend | J | T | | | | | |
| 46.   - Merck & Co., Inc. common stock | A | Dividend | J | T | | | | | |
| 47.   - Albuquerque Bernalillo Cnty bond | A | Interest | J | T | | | | | |
| 48.   - Anne Arundel Cnty bond | A | Interest | K | T | | | | | |
| 49.   - Arizona Brd Regents bond | A | Interest | J | T | | | | | |
| 50.   - Arizona State Transportation bond | A | Interest | J | T | | | | | |
| 51.   - Athens Clarke Cnty Ga bond | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Jr., Hal R.** | 10/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - Clarke Conty Ga Hosp bond | A | Interest | J | T | | | | | |
| 53.   - Clear Creek TX ISD bond | A | Interest | J | T | | | | | |
| 54.   - Columbia SC Waterworks bond | A | Interest | J | T | | | | | |
| 55.   - Durham NC Capital Financing bond | A | Interest | J | T | | | | | |
| 56.   - Horry Cnty SC School Dist bond | A | Interest | J | T | | | | | |
| 57.   - Indiana State Fin Authority bond | A | Interest | J | T | | | | | |
| 58.   - Indiana University Lease bond | A | Interest | J | T | | | | | |
| 59.   - Iowa State Brd Regents Hosp bond | A | Interest | K | T | | | | | |
| 60.   - Iowa State Spl Oblig bond | A | Interest | J | T | | | | | |
| 61.   - Mecklenburg County NC bond | A | Interest | J | T | | | | | |
| 62.   - Met Govt Nashville & TN bond | A | Interest | J | T | | | | | |
| 63.   - Missouri State Board Pub Bldgs bond | A | Interest | J | T | | | | | |
| 64.   - NM Fin Auth bond | A | Interest | J | T | | | | | |
| 65.   - Pflugerville TX ISD bond | A | Interest | J | T | | | | | |
| 66.   - Provo UT Go Ref bond | A | Interest | J | T | | | | | |
| 67.   - State Bd of Regenets UT bond | A | Interest | J | T | | | | | |
| 68.   - Virginia State Res Auth bond | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ray, Jr., Hal R.** | 10/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Weatherford TX Utility System bond | A | Interest | J | T | | | | | |
| 70. - E*Trade Cash Account | A | Interest | M | T | | | | | |
| 71. - Miscellaneous (H) | | | | | | | | | |
| 72. - Walt Disney Company common stock | B | Dividend | M | T | | | | | |
| 73. - Texas Tomorrow Fund account | | None | K | V | | | | | |
| 74. - HSA Bank | A | Interest | K | T | | | | | |
| 75. - Bank of America cash accounts | A | Interest | M | T | | | | | |
| 76. -Union Square Credit Union cash accounts | A | Interest | K | T | Open | 11/02/19 | J | | |
| 77. -Texoma Community Credit Union cash accounts | A | Interest | J | T | Open | 11/14/19 | J | | |
| 78. - American General Life Insurance Co. cash value of policies | B | Interest | K | T | | | | | |
| 79. - Jackson National Life Insurance Co. cash value of policy | C | Interest | L | T | | | | | |
| 80. - Jackson National Life Ins Co (formerly Reassure) policy cash value | A | Interest | | | Expired | 10/10/19 | J | | |
| 81. - MetLife, Inc. cash value of policy | A | Interest | J | T | | | | | |
| 82. - Royalty Interests, Tarrant County, Texas | D | Royalty | J | V | | | | | |
| 83. - Working Interests, Bonds Ranch Wells, Tarrant County, Texas | A | Royalty | J | W | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, Jr., Hal R. | 10/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On Part I, lines 2 and 4, Estate # 1 and Family Trust # 2, respectively, have no reportable assets. On Part VII, line 73, the value of the Texas Tomorrow Fund account is calculated by multiplying the number of credit hours remaining under the contract by the per hour value set each year by the Fund. In Part VII, line 82, the value of the royalty interests is based on the property tax values assigned by the appraisal district. In Part VII, line 83, the estimated value of the Working Interest is based on a multiple of historical cashflow from the interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hal R. Ray, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544